**Opinion issued March 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-01090-CV

————————————

## IN RE PEYTON WATERS, JR., Relator

———————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the petition for writ of mandamus.[1]  No opinion has issued.  Accordingly, we grant the motion and

---

[1]  The underlying case is *Bertila Chicas, Individually and as Representative of the Estate of Santiago Chicas, Deceased, Iris Chicas, Brenda Gonzalez, Norma Chicas, and Jesse Chicas v. Peyton Waters, Jr.*, cause number 417,965-401, pending in the Probate Court No. 2 of Harris County, Texas, the Hon. Mike Wood presiding.

dismiss relator's petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.